1  Ronald Wilcox, Esq., State Bar No. 176601
   2160 The Alameda, First Floor, Suite F
2  San Jose, CA 95126
   Tel: (408) 296-0400
3  Fax: (408) 296-0486

4  **ATTORNEY FOR PLAINTIFF**

                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
                        SAN FRANCISCO DIVISION

| | |
|---|---|
| SHEILA BELL, ) | CIV. NO. C06-04420 JSW |
| Plaintiff, ) | |
| ) | **STIPULATION TO DISMISS** |
| v. ) | **and [PROPOSED] ORDER** |
| ) | |
| RECEIVABLES PERFORMANCE ) | |
| MANAGEMENT, LLC a/k/a RPM ) | |
| Defendants. ) | |

The parties have resolved all disputes relating to the above-captioned action and hereby request this matter be dismissed with prejudice.

Date: 12/5/06

/s/Ronald Wilcox
Ronald Wilcox, counsel for plaintiff

Date:

_[signature]_
June Coleman, counsel for defendant

Stipulation to Dismiss and [Proposed] Order

[~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation all disputes relating to the above-captioned action and hereby request this matter be dismissed with prejudice. Therefore, this case is hereby dismissed with prejudice.

IT IS SO ORDERED.

Date: December 8, 2006

_____
U.S. District Judge